IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JAMES W. DETMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-4177-CV-C-SOW |
| ) | |
| CHARLENE COE GILMORE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On February 28, 2008, United States Magistrate Judge William A. Knox recommended denying defendants' motion to dismiss and plaintiff's motions seeking relief regarding allegations of denial of access to courts. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on March 12, 13, 26 and 28, 2008. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation.

The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

The court takes note of plaintiff's assertion that his remaining claims from his original and supplemental complaints alleging that his First Amendment rights are being violated by defendants censoring his outgoing and incoming mail include allegations that he is being denied correspondence with organizations which give prisoners free books, like Books Through Bars, and denied the ability to take college courses offered through the mail. Upon review, this court finds plaintiff's assertions in accordance with the filings in this case and these allegations are included in his remaining claims.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of February 28, 2008, is adopted. [133] It is further

ORDERED that defendants' motion to dismiss is denied. [17] It is further

ORDERED that plaintiff's motions seeking relief regarding allegations of denial of access to courts is denied. [24, 30, 33, 34, 39, 65, 69, 90, 91, 94]

      /s/ Scott O. Wright

SCOTT O. WRIGHT
Senior United States District Judge

Dated: ___5/29/2008_____
Kansas City, Missouri

2

Case 2:07-cv-04177-SOW   Document 140   Filed 05/29/08   Page 2 of 2