IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| JAMES W. DETMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-4177-CV-C-SOW |
| | ) | |
| CHARLENE COE GILMORE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

    On July 2, 2008, United States Magistrate Judge William A. Knox recommended that plaintiff's motion for partial summary judgment be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

    The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on July 17, 2008. Plaintiff has not come forward with admissible evidence which shows he is entitled to judgment as a matter of law. If plaintiff has evidence he has not yet obtained or submitted, he will have an opportunity to submit it at a later date, either in response to a dispositive motion, if defendants file one, or at trial. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

    IT IS, THEREFORE, ORDERED that the Report and Recommendation of July 2, 2008 is adopted. [146] It is further

    ORDERED that plaintiff's motion of January 25, 2008, for partial summary judgment is denied. [93]

/s/
SCOTT O. WRIGHT
Senior United States District Judge

Dated: August 5, 2008
Kansas City, Missouri`